### EX PARTE FRANK WILLIAMS.

#### No. 5175.   Decided October 23, 1918.

**Habeas Corpus—Bail—Statement of Facts—Bill of Exceptions.**
    In the absence of a bill of exceptions, objections in the statement of facts to the introduction of testimony can not be considered, and the evidence supporting the denial of bail, there was no reversible error.

Appeal from the District Court of Falls. Tried below before the Hon. W. A. Patrick.
Appeal from a denial to grant the defendant bail in a capital case.
The opinion states the case.

*William Kennedy,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

PRENDERGAST, JUDGE.—Appellant was duly indicted for the murder of Hal St. Clair. He sued out a habeas corpus seeking bail. The court heard the evidence and denied bail, from which he appeals.

There is no bill of exceptions in the record. It is stated in the statement of facts that appellant objected to certain testimony, but there is no bill showing this, and nothing showing that the court approved any such bill, or any bill at all. The evidence heard was amply sufficient to justify the court to deny bail.

The judgment is affirmed.

*Affirmed.*